THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR ADVANTAGE GP CO., LLC | : |
| **Plaintiff** | : |
| v. | : 3:13-CV-1830 |
| | : (JUDGE MARIANI) |
| GERARD JOYCE | : |
| **Defendant** | : |

## ORDER

**AND NOW, THIS 16TH DAY OF JUNE 2014**, upon consideration of Defendant's Motion to Dismiss (Doc. 23) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss (Doc. 23) is **DENIED**.

Robert D. Mariani
United States District Judge