IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAMAR ADVANTAGE GP CO., LLC and :
LAMAR CENTRAL OUTDOOR, LLC. :

        Plaintiffs,

v.    :  3:13-CV-01830
    :  (JUDGE MARIANI)
GERARD JOYCE,

        Defendant.

## ORDER

**AND NOW, THIS 12TH DAY OF OCTOBER, 2017,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED** for lack of subject matter jurisdiction.

2. Plaintiffs' Motion to Add Additional Parties (Doc. 104) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge